

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00752-CV

Marcus F. **KASPAR** and Deborah Kaspar,
Appellants

v.

**MS SERVICES, LLC**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000235
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court for this appeal are taxed against Marcus F. Kaspar and Deborah Kaspar.

SIGNED September 25, 2019.

_____
Patricia O. Alvarez, Justice